UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIO TERRELL CHRISTIAN | CIVIL ACTION |
| VERSUS | NO. 23-1241 |
| LOWE'S COMPANIES, INC., ET AL. | MAGISTRATE JUDGE EVA J. DOSSIER |

## JUDGMENT

The Court acting on consent of the parties under the authority of 28 U.S.C. § 636(c) and having granted summary judgment dismissing Plaintiff's claims by separate Order and Reasons; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant, Lowe's Home Centers, LLC, and against Plaintiff, Antonio Terrell Christian, dismissing with prejudice Plaintiff's claims.

New Orleans, Louisiana, this 1st day of August, 2024.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

1